# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D2024-1910

—————————————————

CHULCIE SULLIVAN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

—————————————————

On appeal from the Circuit Court for Madison County.
Wesley R. Douglas, Judge.

November 6, 2025

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Jessica J. Yeary, Public Defender, and Joel Daniel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.